_____



    **SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: April 29, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **CONSTANCE MONIQUE & RANDY DURON SHELLY** | **CASE NO. 25-50455-KMS** |

### ORDER RELEASING EARNINGS OF DEBTOR
### CONSTANCE MONIQUE SHELLY (SSN # XXX-XX-7193)

THE ORDER (**Dkt. 16**) heretofore entered in these proceedings by which the debtor's employer:

**ALLSTATE INSURANCE CO**
**3100 SANDERS RD**
**STE 201**
**NORTHBROOK, IL 60062-7154**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##