BL9948448

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, GULFPORT DIVISION

| | | |
|---|---|---|
| IN RE: CONSTANCE MONIQUE SHELLY | : | Chapter: 13 |
| RANDY DURON SHELLY | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO: 25-50455 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American First Finance, LLC**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Malvern, PA 19355-0702**

By: /s/ Christopher Cramer

Christopher Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Date:   06/27/2025

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, GULFPORT DIVISION

| | |
|---|---|
| IN RE:  CONSTANCE MONIQUE SHELLY<br>RANDY DURON SHELLY<br><br>Debtor(s). | Case No. 25-50455<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE OF**
**AMERICAN FIRST FINANCE, LLC**
**REQUEST FOR NOTICE**

I certify under penalty of perjury that I caused the above captioned pleading to be served on the parties at the addresses specified below on 06/27/2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

**Service by First-Class Mail**

<u>Attorney</u>
ROLLINS JR, THOMAS CARL
THE ROLLINS LAW FIRM, PLLC
PO BOX 13767
JACKSON, MS 39236-3767

<u>Trustee</u>
WARREN A. CUNTZ, JR.
PO BOX 3749
GULFPORT, MS 39505-3749

EXECUTED ON:   6/27/2025

By: /s/ Christopher Cramer
Christopher Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702
610-228-2570
proofofclaim@becket-lee.com
Authorized Agent for American First Finance, LLC