# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CONSTANCE MONIQUE SHELLY and RANDY DURON SHELLY | CHAPTER 13 Case No. 25-50455-KMS |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW the Chapter 13 Trustee, by and through undersigned counsel, and files this Objection to Confirmation, and in support hereof, would show unto this Honorable Court the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**2.**

According to Form 122C-1 (Dkt. 6), the Debtors are above-median income.

**3.**

The Trustee objects to confirmation of Debtors' proposed Chapter 13 plan (Dkt. 2). On Form 122C-2 (Dkt. 7), the Debtors deduct $619.00 per month for a vehicle installment payment to No Credit Check on a 2013 Acura RDX, however, the plan proposes to surrender the vehicle in Section 3.5. Consequently, the $619.00 expense is not allowable and should be added back to disposable income with the percentage proposed to be paid to unsecured claimholders increasing accordingly.

WHEREFORE PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and that an Order be entered denying confirmation of Debtors' proposed Chapter 13 plan and prays for such other, further, and general relief to which the Trustee may be entitled.

DATED, this the  3rd   day of   July   2025.

Respectfully submitted,

s/ _____
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

1

2

## CERTIFICATE OF SERVICE

    I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Trustee's Objection to Confirmation to:

David Asbach, Esq., United States Trustee    USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., Attorney for Debtors    trollins@therollinsfirm.com

    DATED, this the __3rd__ day of __July__ 2025.

s/ _____
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39503-3749
(228) 831-9531

2