# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50455   **Case Name:** Constance Monique Shelly and Randy Duron Shelly

**Set:** 07/10/2025 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #38) - AGREED ORDER TO BE SUBMITTED BY DUNNAWAY; EMAIL RECEIVED FROM DUNNAWAY'S OFFICE

---

Minute Entry Re: (related document(s): [14] Confirmation Hearing) Dunnaway to submit an Agreed Order on the Objection filed by the Trustee [38]. Order due by 07/24/2025. Confirmation hearing removed. (mcc)