## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Constance Monique Shelly  Case No. 25-50455-KMS
Randy Duron Shelly, Debtors  CHAPTER 13

## **NOTICE**

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to Modify the plan, or if you want the court to consider your views on the Plan, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Plan and may enter an order granting that relief, which shall confirm this Modified Plan.

Date: July 15, 2025  Signature:  /s/ Thomas C. Rollins, Jr.
  Thomas C. Rollins, Jr. (MSBN 103469)
  Jennifer Ann Curry Calvillo (MSBN 104367)
  The Rollins Law Firm, PLLC
  P.O. Box 13767
  Jackson, MS 39236

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Constance Monique Shelly** <br> Full Name (First, Middle, Last) | |
| Debtor 2 <br> (Spouse, if filing) | **Randy Duron Shelly** <br> Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | ✔ Check if this is an amended plan, and list below the sections of the plan that have been changed. |
| Case number: <br> (If known) | **25-50455** | **5.1, 8.1** |

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance

12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ✔ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ✔ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ✔ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1    Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2    Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$452.00**__ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ✔ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

        **Allstate Insurance Co**
        **3100 Sanders Rd, Ste 201**
        **Northbrook IL 60062-7154**

Debtor  **Constance Monique Shelly**   Case number  **25-50455**
        **Randy Duron Shelly**

Joint Debtor shall pay __**$489.50**__ ( ☐ monthly, ☑ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

>   **Pat Peck Honda**
>   **11151 Hwy 49 N**
>   **Gulfport MS 39503-0000**

**2.3   Income tax returns/refunds.**

  *Check all that apply*
  ☑   Debtor(s) will retain any exempt income tax refunds received during the plan term.

  ☐   Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

  ☐   Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
  *Check one.*
  ☑   **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

### Part 3:  Treatment of Secured Claims

**3.1   Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

  *Check all that apply.*
  ☐   **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

  **3.1(a)**   **Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. §
  ☑   1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

  **1**   Mtg pmts to  **PennyMac Loan Services**
  Beginning  **April 2025**   @   **$1,147.49**  ☑ Plan   ☐ Direct.   Includes escrow ☑ Yes ☐ No

  **1**   Mtg arrears to  **PennyMac Loan Services**   Through  **March 2025**   **$18,928.61**

  **3.1(b)** ☐   **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

  Property   **-NONE-**
  address:
  Mtg pmts to
  Beginning   month   @   Plan   Direct.   Includes escrow  Yes  No

  Property **-NONE-**   Mtg arrears to   Through

  **3.1(c)** ☐   **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

  Creditor:  **-NONE-**   Approx. amt. due:   Int. Rate*:
  Property Address:
  Principal Balance to be paid with interest at the rate above:
  (as stated in Part 2 of the Mortgage Proof of Claim Attachment)
  Portion of claim to be paid without interest: $
  (Equal to Total Debt less Principal Balance)

  Special claim for taxes/insurance: $   **-NONE-** /month, beginning   month .
  (as stated in Part 4 of the Mortgage Proof of Claim Attachment)

**Mississippi Chapter 13 Plan**   Page 2

| Debtor | **Constance Monique Shelly** <br> **Randy Duron Shelly** | Case number | **25-50455** |
|---|---|---|---|

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

**3.2    Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☑    **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑    **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
☑    **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*
☐    **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑    The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| **Name of Creditor** | **Collateral** |
|---|---|
| **No Credit Check** | **2013 Acura RDX 156,000 miles** |
| **Regions Bankcard** | **Secured Credit Card** |

*Insert additional claims as needed.*

---

| Part 4: | **Treatment of Fees and Priority Claims** |
|---|---|

**4.1    General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2    Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3    Attorney's fees.**

☑ No look fee:    **4,000.00**

| Total attorney fee charged: | $**4,000.00** |
|---|---|
| Attorney fee previously paid: | $**227.00** |
| Attorney fee to be paid in plan per confirmation order: | $**3,773.00** |

☐ Hourly fee: $_____. (Subject to approval of Fee Application.)

**4.4    Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☐    **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑    Internal Revenue Service       **$3,888.00**                       .

**Mississippi Chapter 13 Plan**                                                                                          Page 3

Debtor   **Constance Monique Shelly**   Case number   **25-50455**
         **Randy Duron Shelly**

☐ Mississippi Dept. of Revenue   **$0.00**   .
☐ Other   **$0.00**   .

**4.5** **Domestic support obligations.**

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Part 5: | **Treatment of Nonpriority Unsecured Claims** |

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $
☑ **15.00** % of the total amount of these claims, an estimated payment of $ **42,151.24**
☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2** **Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

| Part 6: | **Executory Contracts and Unexpired Leases** |

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Part 7: | **Vesting of Property of the Estate** |

**7.1** **Property of the estate will vest in the debtor(s) upon entry of discharge.**

| Part 8: | **Nonstandard Plan Provisions** |

**8.1** **Check "None" or List Nonstandard Plan Provisions**
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**
 **\* % to unsecured claimholders shall be the minimum % to be paid to the unsecured class.**
 **\*\* amt to be determined by trustee from schedules A & B less hypothetical ch 7 liquidation costs**

| Part 9: | **Signatures:** |

**9.1** **Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X   **/s/ Constance Monique Shelly**        X   **/s/ Randy Duron Shelly**
    **Constance Monique Shelly**                **Randy Duron Shelly**
    Signature of Debtor 1                       Signature of Debtor 2

**Mississippi Chapter 13 Plan**   Page 4

| | | | |
|---|---|---|---|
| Debtor | **Constance Monique Shelly**<br>**Randy Duron Shelly** | Case number | **25-50455** |

Executed on  **July 10, 2025**                          Executed on  **July 10, 2025**

**10402 Steeplechase Dr**                               **10402 Steeplechase Dr**
Address                                                 Address
**Gulfport MS 39503-0000**                              **Gulfport MS 39503-0000**
City, State, and Zip Code                               City, State, and Zip Code

_____                               _____
Telephone Number                                        Telephone Number

X   **/s/ Thomas C. Rollins, Jr.**                      Date   **July 10, 2025**
    **Thomas C. Rollins, Jr. 103469**
    Signature of Attorney for Debtor(s)
    **P.O. Box 13767**
    **Jackson, MS 39236**
    Address, City, State, and Zip Code
    **601-500-5533**                                    **103469 MS**
    Telephone Number                                    MS Bar Number
    **trollins@therollinsfirm.com**
    Email Address

**Mississippi Chapter 13 Plan**                                                   Page 5

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Modified Plan was forwarded on July 15, 2025, to:

By Electronic CM/ECF Notice:

      Standing Chapter 13 Case Trustee

      U.S. Trustee

                                          /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-50455-KMS |
|---|---|
| CONSTANCE MONIQUE SHELLY<br>RANDY DURON SHELLY | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/15/2025, I did cause a copy of the following documents, described below,

Notice and Modified Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CONSTANCE MONIQUE SHELLY
RANDY DURON SHELLY

CASE NO: 25-50455-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/15/2025, a copy of the following documents, described below,

Notice and Modified Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/15/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-50455-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON JUL 14 13-32-7 PST 2025 | AMERICAN FIRST FINANCE  LLC<br>CO BECKET AND LEE LLP<br>PO BOX 3002<br>MALVERN  PA 19355-0702 | PENNYMAC LOAN SERVICES  LLC<br>PO BOX 2410<br>MOORPARK  CA 93020-2410 |
| WOLLEMI ACQUISITIONS  LLC  CO AIS PORTFOLIO<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN  NE 68508-1904 |
| AFNI<br>PO BOX 3097<br>BLOOMINGTON  IL 61702-3097 | AIS DATA<br>PO BOX 165058<br>IRVING  TX 75016-5058 | ARI PAYMENT PLAN<br>PO BOX 34579<br>OMAHA  NE 68134-0579 |
| ATT<br>PO BOX 536216<br>ATLANTA  GA 30353-6216 | ATT<br>PO BOX 64378<br>SAINT PAUL  MN 55164-0378 | AARON RENTAL INC<br>400 GALLERIA PKWY SE<br>STE 300<br>ATLANTA  GA 30339-3182 |
| ACCOUNT RECOVERY<br>PO BOX 34519<br>OMAHA  NE 68134-0519 | ACCOUNTS RECEIVABLE MA<br>PO BOX 129<br>THOROFARE  NJ 08086-0129 | ACCREDITED COLLECTION<br>PO BOX 27238<br>OMAHA  NE 68127-0238 |
| ACE CASH EXPRESS<br>1231 GREENWAY DR<br>STE 600<br>IRVING  TX 75038-2511 | ADELA AGENCY DEBT RECO<br>PO BOX 1745<br>HATTIESBURG  MS 39403-1745 | ADVANCE AMERICA<br>4922 CASS CREEK<br>OMAHA  NE 68132-2913 |
| ALEGENT HEALTH<br>PO BOX 2170<br>OMAHA  NE 68103-2170 | ALLEN SERVICE  INC<br>7215 W 128TH ST<br>SAVAGE  MN 55378-1162 | ALLIED INTERSTATE<br>PO BOX 361596<br>COLUMBUS  OH 43236-1596 |
| AMERICAN CAR CENTER  (CO WESTLAKE PORTFOLIO MANAGEMENT WPM<br>WESTLAKE PORTFOLIO MANAGEMENT<br>4751 WILSHIRE BLVD  SUITE 100<br>LOS ANGELES  CA 90010-3847 | AMERICAN CHECK CASHER<br>665 N 46TH ST<br>OMAHA  NE 68132-2507 | AMERICAN FAMILY INSURA<br>6000 AMERICAN PKWY<br>MADISON  WI 53783-0002 |
| AMERICAN FINANCIAL<br>ATTN BANKRUPTCY<br>6263 POPLAR AVE<br>STE 900<br>MEMPHIS  TN 38119-4743 | AMERICAN FIRST FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 565848<br>DALLAS  TX 75356-5848 | EXCLUDE<br>~~(D)AMERICAN FIRST FINANCE  LLC~~<br>~~CO BECKET  LEE LLP~~<br>~~PO BOX 3002~~<br>~~MALVERN  PA 19355-0702~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE
~~(D)AMERICAN FIRST FINANCE, LLC~~
~~CO BECKET AND LEE LLP~~
~~PO BOX 3002~~
~~MALVERN PA 19355-0702~~

AMSHER COLLECTION SVCS
4524 SOUTHLAKE PKWY
STE 15
BIRMINGHAM  AL 35244-3271

AVENTE USA
3600 S GESSNER RD
SUITE 200
HOUSTON  TX 77063-5150

AVIS BUDGET GROUP
300 CENTRE POINT DR
VIRGINIA BEACH   VA 23462-4415

(P)BONDED COLLECTION CORPORATION
PO BOX 2248
NORCROSS GA 30091-2248

BMG MUSIC SERVICE
CUSTOMER SERVICE
PO BOX 1958
INDIANAPOLIS   IN 46291

BABERS
12407 HWY 49 N
GULFPORT   MS 39503-4090

BALLEY TOTAL FITNESS
PO BOX 1070
NORWALK   CA 90651-1070

BANK OF THE WEST
PO BOX 4024
ALAMEDA   CA 94501-0424

BEACH VIEW DENTAL
9072 LORRAINE RD
GULFPORT   MS 39503-6101

BELLEVUE PUBLIC LIBRAR
1003 LINCOLN RD
BELLEVUE   NE 68005-3199

BLACK EXPRESSIONS
PO BOX 916536
INDIANAPOLIS   IN 46291

EXCLUDE
~~(D)(P)BONDED COLLECTION CORPORATION~~
~~PO BOX 2248~~
~~NORCROSS GA 30091-2248~~

BRISTOL WEST
PO BOX 371329
PITTSBURGH   PA 15250-7329

CCS PAYMENT PROCESSING
PO BOX 55126
BOSTON   MA 02205-5126

(P)CMRE FINANCIAL SERVICES INC
3075 E IMPERIAL HWY STE 200
BREA CA 92821-6753

(P)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

CAPITAL ONE
PO BOX 60599
CITY OF INDUS   CA 91716-0599

CAR HOP
DBA UAC
PO BOX 398104
MINNEAPOLIS   MN 55439-8104

CASH   INC
12160 HWY 49 N
BLDG 908
GULFPORT   MS 39503

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO   IL 60604-2863

CENTRAL FINANCIAL CONT
PO BOX 66044
ANAHEIM   CA 92816-6044

CENTURY LINK
PO BOX 91154
SEATTLE   WA 98111-9254

CHARLES DREW HEALTH CE
PO BOX 30019
OMAHA   NE 68103-1119

CHERRY HILLS
6510 N 107TH PLAZA
OMAHA   NE 68122-3039

CHEX SYSTEMS   INC
ATTN CUSTOMER RELATION
7805 HUDSON RD
STE 100
SAINT PAUL   MN 55125-1595

CHRYSLER CAPITAL
PO BOX 961275
FORT WORTH   TX 76161-0275

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CITIBANK<br>701 EAST 60TH ST N<br>SIOUX FALLS   SD 57104-0432 | CITY MOTORS<br>4116 AMES AVE<br>OMAHA   NE 68111-2147 | CITY OF MINNEAPOLIS<br>PO BOX 77028<br>MINNEAPOLIS   MN 55480-7728 |
| CITY OF OMAHA<br>PO BOX 959056<br>SAINT LOUIS   MO 63195-9056 | CLEARCHECK PAYMENT SOL<br>PO BOX 27087<br>GREENVILLE   SC 29616-2087 | CLOUD  WILLIS  ELLIS<br>3428 MONTCLARK RD<br>STE 227<br>BIRMINGHAM   AL 35213 |
| COLLECTIONS   INC<br>PO BOX 6065<br>GULFPORT   MS 39506-6065 | COMCAST<br>220 LAKERIDGE DRIVE SE<br>SMYRNA   GA 30082-5244 | CONVERGENT<br>PO BOX 9004<br>RENTON   WA 98057-9004 |
| COVENTRY HEALTH CARE<br>PO BOX 864750<br>ORLANDO   FL 32886-4750 | COX COMMUNICATIONS<br>6205 B PEACHTREE DUNWO<br>NE<br>ATLANTA   GA 30328-4524 | CREDENCE RESOURCE<br>ATTN BANKRUPTCY<br>4222 TRINITY MILLS RD<br>SUITE 260<br>DALLAS   TX 75287-7666 |
| CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY<br>25505 W 12 MILE RD<br>STE 3000<br>SOUTHFIELD   MI 48034-8331 | CREDIT BUREAU OF ALBER<br>PO BOX 88<br>ALBERT LEA   MN 56007-0088 | CREDIT COLLECTION SERV<br>2 WELLS AVE<br>NEWTON CENTER   MA 02459-3225 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>PO BOX 98873<br>LAS VEGAS   NV 89193-8873 | CREDIT SYSTEMS<br>ATTN BANKRUPTCY<br>PO BOX 1088<br>ARLINGTON   TX 76004-1088 | DL OCHUBA DDS<br>2503 N 30TH ST<br>OMAHA   NE 68111-3703 |
| DAIRYLAND INSURANCE<br>1800 N POINT DR<br>STEVENS POINT   WI 54481-1253 | DAKOTA ELECTRIC<br>4300 220TH ST W<br>FARMINGTON   MN 55024-9583 | DELTA DENTAL<br>PO BOX 330<br>FLOWEREE   MT 59440 |
| DENTEGRA INSURANCE CO<br>PO BOX 660138<br>DALLAS   TX 75266-0138 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 | DIRECTTV<br>PO BOX  5007<br>CAROL STREAM   IL 60197-5007 |
| DISH NETWORK<br>PO BOX 34663<br>PALATINE   IL 60055-0063 | DISNEY<br>PO BOX 738<br>NEENAH   WI 54957-0738 | DIVERSIFIED CONSULTANT<br>PO BOX 551268<br>JACKSONVILLE   FL 32255-1268 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
ERC                                EARTHLINK                          EASY HOME
8014 BAYBERRY RD                   PO BOX 79026                       CO CREDIT MANAGEMENT
JACKSONVILLE   FL 32256-7412       SAINT LOUIS   MO 63179             PO BOX 1512
                                                                      GRAND ISLAND   NE 68802-1512


EMERGENCY CLINIC ASSOC             EMERGENCY PHYSICIANS               ENERGY BILLING SYSTEMS
PO BOX 31058                       PO BOX 15396                       13057 W CENTER RD
OMAHA   NE 68131-0058              HATTIESBURG   MS 39404-5396        OMAHA   NE 68144-3748


EXPRESS CHECK ADVANCE              FNCB  INC                          FINGERHUT
376 PASS RD                        PO BOX 51660                       6250 RIDGEWOOD ROAD
GULFPORT   MS 39507-3034           SPARKS   NV 89435-1660             SAINT CLOUD   MN 56303-0820


(P)FIRST NATIONAL BANK OF OMAHA    FIRST PREMIER BANK                 (P)SEQUIUM ASSET SOLUTIONS   LLC
1620 DODGE ST                      ATTN BANKRUPTCY                    1130 NORTHCHASE PKWY
STOP CODE 3113                     PO BOX 5524                        SUITE 150
OMAHA NE 68102-1593                SIOUX FALLS   SD 57117-5524        MARIETTA GA 30067-6429


GM FINANCIAL                       GARDEN PARK                        GEICO
PO BOX 181145                      PO BOX 740783                      PO BOX 55126
ARLINGTON   TX 76096-1145          CINCINNATI   OH 45274-0783         BOSTON   MA 02205-5126


(P)HARRIS COUNTY TOLL ROAD AUTHORITY   HNC FINANCIAL                  HANCOCK WHITNEY
ATTN BANKRUPTCY                        PO BOX 203500                  1430 25TH AVE
7701 WILSHIRE PL DR                    AUSTIN   TX 78720-3500         GULFPORT   MS 39501-1933
HOUSTON TX 77040-5326


HEALTHCARE FINANCIAL A             HEALTHY SMILES DENTIST             HENNEPIN CO MEDICAL
PO BOX 6410                        13179 THREE RIVERS RD              PO BOX 1238
METAIRIE   LA 70009-6410           GULFPORT   MS 39503-4944           MINNEAPOLIS   MN 55440-1238


HOME GROUP  INC                    IMMANUEL MEDICAL CENT              INTERNAL REVENUE SERVI
38053 EAGLE WAY                    6901 N 72ND ST                     CO US ATTORNEY
CHICAGO   IL 60678-0380            OMAHA   NE 68122-1709              501 EAST COURT ST
                                                                      STE 4430
                                                                      JACKSON   MS 39201-5025


ISLAND NATIONAL GROUP              JC CHRISTENSEN   ASSOC             JAMES GOODIVEN
575 UNDERHILL BLVD                 PO BOX 519                         1811 COURT ST
STE 224                            SAUK RAPIDS   MN 56379-0519        OMAHA   NE 68110
SYOSSET   NY 11791-3416
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | EXCLUDE | |
|---|---|---|
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (D)(P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | JOEL CARDIS  LLC<br>2006 SWEDE RD<br>STE 100<br>NORRISTOWN  PA 19401-1787 |
| KEYSTONE MEDICAL<br>PO BOX 677864<br>DALLAS  TX 75267-7864 | KIMBERLY D PUTNAM  ESQ<br>DEAN MORRIS  LLC<br>FOR PENNYMAC LOAN SERVICES  LLC<br>1820 AVENUE OF AMERICA<br>MONROE  LA 71201-4530 | LAMONT HANLEY  ASSOC<br>1138 ELM ST<br>MANCHESTER  NH 03101-1531 |
| LIFETOUCH  INC<br>11000 VIKING DR<br>STE 400<br>MINNEAPOLIS  MN 55430 | LINCOLN HERITAGE<br>4343 E CAMELBACK RD<br>STE 400<br>PHOENIX  AZ 85018-2705 | (P)QCHI<br>PO BOX 14948<br>LENEXA KS 66285-4948 |
| MN DEPT OF REVENUE<br>600 N ROBERT ST<br>SAINT PAUL  MN 55146-0010 | (P)MISSISSIPPI POWER<br>420 W PINE STREET<br>HATTIESBURG MS 39401-3830 | MCKENZIE CHECK ADVANCE<br>3327 L ST<br>OMAHA  NE 68107-2500 |
| MEMORIAL EMERGENGY PHY<br>PO BOX 15396<br>HATTIESBURG  MS 39404-5396 | MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT  MS 39502-1810 | MEMORIAL HOSPITAL<br>CO WESSLER LAW FIRM<br>PO BOX 175<br>GULFPORT  MS 39502-0175 |
| | EXCLUDE | |
| (P)MERCHANTS ADJUSTMENT SERVICE  INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 | (D)(P)MERCHANTS ADJUSTMENT SERVICE  INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 | MERCHANTS CREDIT ADJ<br>25 D BUILDING<br>4005 S 148TH ST<br>OMAHA  NE 68137-5561 |
| METRO COMMUNITY COLLEG<br>PO BOX 3777<br>OMAHA  NE 68103-0777 | METRO CREDIT UNTION<br>PO BOX 396696<br>OMAHA  NE 68139 | METROPOLITAN UTILITIES<br>PO BOX 3600<br>OMAHA  NE 68103-0600 |
| (P)MID CONTINENT CREDIT SERVICES<br>3161 N ROCK RD<br>STE B<br>WICHITA KS 67226-1453 | MIDLAND CREDIT<br>PO BOX 13105<br>ROANOKE  VA 24031-3105 | MIDLAND CREDIT MANAGEM<br>PO BOX 60578<br>LOS ANGELES  CA 90060-0578 |
| MIDLAND FUNDING<br>8875 AREO DR<br>STE 200<br>SAN DIEGO  CA 92123-2255 | MIDWEST MINOR MEDICAL<br>8610 W DODGE RD<br>STE 2870<br>OMAHA  NE 68114-2870 | MILLENNIUM CREDIT CONS<br>PO BOX 8160<br>SAINT PAUL  MN 55108-0160 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MOVIE GALLERY
900 W MAIN ST
DOTHAN  AL  36301-1410

NCB MANAGEMENT SVCS
PO BOX 1099
LANGHORNE  PA  19047-6099

NE DEPT OF LABOR
PO BOX 94600
LINCOLN  NE  68509-4600

NATIONAL ACCT SYSTEMS
PO BOX 45767
OMAHA  NE  68145-0767

NEBRASKA MEDICAL CENTE
PO BOX 3839
OMAHA  NE  68103-0839

(P)NEBRASKA MEDICINE
ATTN PATIENT FINANCIAL SERVICES
988140 NEBRASKA MEDICAL CENTER
OMAHA NE 68198-8140

NELNET
PO BOX 82561
LINCOLN  NE  68501-2561

NO CREDIT CHECK
18001 KELLOGG RD
SAUCIER  MS  39574-7050

NORTHSHORE AGENCY
9525 SWEET VALLEY DR
BLDG A
CLEVELAND  OH  44125-4237

OMAHA EMERGENCY PHYSIC
601 N 30TH ST
OMAHA  NE  68131

OMAHA PUBLIC LIBRARY
215 S 15TH ST
OMAHA  NE  68102-1601

PAYCHECK ADVANCE
5906 ARNES AVE
OMAHA  NE  68164

PAYDAY ADVANCE
PALMETTO FINANCIAL  IN
239 E COLUMBIA AVE
LEESVILLE  SC  29070-7718

PAYDAY EXPRESS
4436 ARNES ST
OMAHA  NE  68111

PENN FOSTER
PO BOX 1900
SCRANTON  PA  18505-0900

PENNYMAC LOAN SERVICES
ATTN CORRESPONDENCE
PO BOX 514387
LOS ANGELES  CA  90051-4387

~~EXCLUDE~~
~~(D)PENNYMAC LOAN SERVICES - LLC~~
~~PO BOX 2410~~
~~MOORPARK  CA  93020-2410~~

PETO LOAN
45 HAVEN HILL
ANDOVER  MA  01810

PINNACLE FINANCIAL GRO
7825 WASHINGTON AVE S
STE 310
MINNEAPOLIS  MN  55439-2424

PIONEER PROPERTY
65 ELM ST
LANCASTER  WI  53813

PLANET FITNESS
4 LIBERTY LN E
HAMPTON  NH  03842

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QWEST
1801 CALIFORNIA ST
DENVER  CO  80202-2658

RMCB
PO BOX 1235
ELMSFORD  NY  10523-0935

RADIOLOGY CONSULTANTS
PO BOX 31399
OMAHA  NE  68131-0399

RECEIVABLE MANAGEMENT
PO BOX 280431
EAST HARTFORD  CT  06128-0431

RECEIVABLES PERFORMANC
PO BOX 1548
LYNNWOOD  WA  98046-1548

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
REGIONS BANKCARD                    RENT RECOVER   LLC                 RESURGENT CAPITAL SERV
ATTN BANKRUPTCY                     PO BOX 1550                        15 SOUTH MAIN ST
2050 PARKWAY OFFICE CI              SUNNYSIDE   WA 98944-3550          STE 600
HOOVER   AL 35244-1805                                                 GREENVILLE   SC 29601-2768


SBA                                 SBA                                SCIL   INC
801 TOM MARTIN DR                   CO US ATTORNEYS OFFI               15 BULL STREET SUITE 200
STE 210                             501 E COURT ST                     SAVANNAH   GA 31401-2686
BIRMINGHAM   AL 35211-6426          STE 4430
                                    JACKSON   MS 39201-5025


SMB RADIOLOGY                       SAFE HOME SECURITY                 SCOTT SIMON
PO BOX 1330                         1125 MIDDLE ST                     PO BOX 478
GULFPORT   MS 39502-1330            201                                BOYS TOWN   NE 68010-0478
                                    MIDDLETOWN   CT 06457-1686


SEVENTH AVE                         SILKIES                            SINGING RIVER HEALTH
CO CREDITORS BANKRUPT               340 E MAPLE AVE                    2101 US90
PO BOX 740933                       STE 205                            GAUTIER   MS 39553
DALLAS   TX 75374-0933              LANGHORNE   PA 19047-2848


SINGING RIVER HEALTH SYSTEM         SOUTHERN MS HEART CENT             SOUTHGATE
CO MICHAEL J MCELHANEY   JR         4300 HOSPITAL ST                   13057 W CENTER RD
P O BOX 1618                        STE 102                            OMAHA   NE 68144-3748
PASCAGOULA   MS   39568-1618        PASCAGOULA   MS 39581-5308


SPEEDYCASH                          SPRINT                             (P)LOAN SERVICING
ATTN BANKRUPTCY                     PO BOX 4191                        LOAN SUPPORT
PO BOX 780408                       CAROL STREAM   IL 60197-4191       PO BOX 5961
WICHITA   KS 67278-0408                                                MADISON WI 53705-0961


SUMMIT DENTAL                       SUMMIT PARK APTS                   TCF NATIONAL BANK
2503 S 140TH CR                     12501 PORTLAND AVE S               PO BOX 17995
OMAHA   NE 68144-2315               BURNSVILLE   MN 55337-7505         MILWAUKEE   WI 53217


(P)T MOBILE                         THE BEST SERVICE                   THE DERMATOLOGY CLINIC
C O AMERICAN INFOSOURCE LP          10780 SANTA MONICA BLV             PO BOX 6625
4515 N SANTA FE AVE                 STE 140                            GULFPORT   MS 39506-6625
OKLAHOMA CITY OK 73118-7901         LOS ANGELES   CA 90025-7613


TRAVELERS                           TRI COUNTY EYE CLINIC              (P)US DEPARTMENT OF HOUSING AND URBAN
PO BOX 5076                         431 BERTUCCI BLVD                  DEVELOPMENT
HARTFORD   CT 06102-5076            BILOXI   MS 39531-2255             ATTN ROBERT ZAYAC
                                                                       40 MARIETTA ST SUITE 300
                                                                       ATLANTA GA 30303-2812
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

US SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET SUITE 320
BIRMINGHAM AL 35203-4002

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

US DEPT OF TREASURY
ATTN BANKRUPTCY
1500 PENNSYLVANIA AVE
WASHINGTON DC 20220-0001

US DEPT OF TREASURY
CO US ATTORNEY
501 E COURT ST
STE 4430
JACKSON MS 39201-5025

UNIQUE NATIONAL COLLEC
119 EMPIRE ST
JEFFERSONVILL IN 47130

EXCLUDE
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

VRM GROUP
PO BOX 541
BUFFALO NY 14224-0541

VALERO
PO BOX 300
AMARILLO TX 79105-0300

VENGROFF WILLIAMS
PO BOX 4135
SARASOTA FL 34230-4135

VERIZON
PO BOX 11328
SAINT PETERSB FL 33733-1328

WOLLEMI ACQUISITIONS LLC
CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

(P)XCEL ENERGY
ATTN BANKRUPTCY DEPARTMENT
414 NICOLLET MALL
MINNEAPOLIS 55401-1993

YBOY
PO BOX 105654
ATLANTA GA 30348-5654

YOUNKERS
HSBC BANK
PO BOX 9
BUFFALO NY 14240-0009

DEBTOR
CONSTANCE MONIQUE SHELLY
10402 STEEPLECHASE DR
GULFPORT MS 39503-4280

RANDY DURON SHELLY
10402 STEEPLECHASE DR
GULFPORT MS 39503-4280

EXCLUDE
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

EXCLUDE
~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~