

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: July 22, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:  CONSTANCE MONIQUE SHELLY and    **CHAPTER 13**
RANDY DURON SHELLY                       **Case No. 25-50455-KMS**

### AGREED ORDER RESOLVING
### TRUSTEE'S OBJECTION TO CONFIRMATION (DKT. 38)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Confirmation (Dkt. 38), and the Court being advised that the Debtors have filed an amended plan which resolved the issue presented for adjudication, orders as follows:

IT IS THEREFORE ORDERED that based upon the Debtors filing an amended plan (Dkt. 40), which resolved the issue presented for adjudication, the Trustee's confirmation objection (Dkt. 38) is hereby deemed moot and withdrawn without prejudice.

##END OF ORDER##

Agreed Order Prepared and Submitted by:

*Phillip Brent Dunnaway*
Phillip Brent Dunnaway, Esq.
Attorney for Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

Approved by:

*/s/ T.C. Rollins, Jr., Esq. w/permission PBD*
T.C. Rollins, Jr., Esq.
Attorney for Debtors
P.O. Box 13767
Jackson, MS 39236