United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50455-KMS |
| Constance Monique Shelly | Chapter 13 |
| Randy Duron Shelly | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Constance Monique Shelly, Randy Duron Shelly, 10402 Steeplechase Dr, Gulfport, MS 39503-4280 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kimberly D. Putnam | |
| | on behalf of Creditor PennyMac Loan Services LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Phillip Brent Dunnaway | |
| | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Joint Debtor Randy Duron Shelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Debtor Constance Monique Shelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Jul 22, 2025 Form ID: pdf012 Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 6



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 22, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

IN RE: CONSTANCE MONIQUE SHELLY and     CHAPTER 13
        RANDY DURON SHELLY                              Case No. 25-50455-KMS

## AGREED ORDER RESOLVING
## TRUSTEE'S OBJECTION TO CONFIRMATION (DKT. 38)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Confirmation (Dkt. 38), and the Court being advised that the Debtors have filed an amended plan which resolved the issue presented for adjudication, orders as follows:

IT IS THEREFORE ORDERED that based upon the Debtors filing an amended plan (Dkt. 40), which resolved the issue presented for adjudication, the Trustee's confirmation objection (Dkt. 38) is hereby deemed moot and withdrawn without prejudice.

##END OF ORDER##

Agreed Order Prepared and Submitted by:

Phillip Brent Dunnaway, Esq.
Attorney for Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

Approved by:

/s/ T.C. Rollins, Jr., Esq. w/permission PBD
T.C. Rollins, Jr., Esq.
Attorney for Debtors
P.O. Box 13767
Jackson, MS 39236