United States Bankruptcy Court

Southern District of Mississippi

In re:     Case No. 25-50455-KMS

Constance Monique Shelly     Chapter 13

Randy Duron Shelly

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 7

Date Rcvd: Aug 19, 2025     Form ID: n031     Total Noticed: 191

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Constance Monique Shelly, Randy Duron Shelly, 10402 Steeplechase Dr, Gulfport, MS 39503-4280 |
| 5492390 | + | AIS Data, P.O. Box 165058, Irving, TX 75016-5058 |
| 5492399 | + | ARI Payment Plan, P.O. Box 34579, Omaha, NE 68134-0579 |
| 5492384 | + | Accounts Receivable Ma, P.O. Box 129, Thorofare, NJ 08086-0129 |
| 5492385 | + | Accredited Collection, P.O. Box 27238, Omaha, NE 68127-0238 |
| 5492387 | + | Adela Agency Debt Reco, PO Box 1745, Hattiesburg, MS 39403-1745 |
| 5492388 | + | Advance America, 4922 Cass Creek, Omaha, NE 68132-2913 |
| 5492391 | + | Alegent Health, P.O. Box 2170, Omaha, NE 68103-2170 |
| 5492392 | + | Allen Service, Inc, 7215 W 128th St, Savage, MN 55378-1162 |
| 5492393 | | Allied Interstate, PO Box 361596, Columbus, OH 43236-1596 |
| 5492394 | + | American Check Casher, 665 N 46th St, Omaha, NE 68132-2507 |
| 5492402 | + | Avente USA, 3600 S Gessner Rd, Suite 200, Houston, TX 77063-5150 |
| 5492403 | + | Avis Budget Group, 300 Centre Point Dr, Virginia Beach, VA 23462-4415 |
| 5492411 | | BMG Music Service, Customer Service, PO Box 1958, Indianapolis, IN 46291 |
| 5492407 | ++ | BONDED COLLECTION CORPORATION, PO BOX 2248, NORCROSS GA 30091-2248 address filed with court:, BCC, 29 E Madison St, Ste 1650, Chicago, IL 60602 |
| 5492404 | + | Babers, 12407 Hwy 49 N, Gulfport, MS 39503-4090 |
| 5492405 | + | Balley Total Fitness, P.O. Box 1070, Norwalk, CA 90651-1070 |
| 5492408 | + | Beach View Dental, 9072 Lorraine Rd, Gulfport, MS 39503-6101 |
| 5492409 | #+ | Bellevue Public Librar, 1003 Lincoln Rd, Bellevue, NE 68005-3199 |
| 5492410 | | Black Expressions, P.O. Box 916536, Indianapolis, IN 46291 |
| 5492415 | + | Car Hop, d/b/a UAC, P.O. Box 398104, Minneapolis, MN 55439-8104 |
| 5492416 | | Cash, Inc, 12160 Hwy 49 N, Bldg 908, Gulfport, MS 39503 |
| 5492419 | + | Central Financial Cont, P.O. Box 66044, Anaheim, CA 92816-6044 |
| 5492421 | + | Charles Drew Health Ce, P.O. Box 30019, Omaha, NE 68103-1119 |
| 5492422 | + | Cherry Hills, 6510 N 107th Plaza, Omaha, NE 68122-3039 |
| 5492426 | + | City Motors, 4116 Ames Ave, Omaha, NE 68111-2147 |
| 5492427 | + | City of Minneapolis, P.O. Box 77028, Minneapolis, MN 55480-7728 |
| 5492428 | + | City of Omaha, P.O. Box 959056, Saint Louis, MO 63195-9056 |
| 5492429 | + | Clearcheck Payment Sol, P.O. Box 27087, Greenville, SC 29616-2087 |
| 5492430 | | Cloud, Willis & Ellis, 3428 Montclark Rd, Ste 227, Birmingham, AL 35213 |
| 5492432 | + | Collections, Inc, P.O. Box 6065, Gulfport, MS 39506-6065 |
| 5492435 | + | Coventry Health Care, P.O. Box 864750, Orlando, FL 32886-4750 |
| 5492439 | + | Credit Bureau of Alber, P.O. Box 88, Albert Lea, MN 56007-0088 |
| 5492443 | + | D.L. Ochuba DDS, 2503 N 30th St, Omaha, NE 68111-3703 |
| 5492445 | + | Dakota Electric, 4300 220th St W, Farmington, MN 55024-9583 |
| 5492446 | | Delta Dental, P.O. Box 330, Floweree, MT 59440 |
| 5492447 | + | Dentegra Insurance Co, P.O. Box 660138, Dallas, TX 75266-0138 |

| District/off: 0538-6 | User: mssbad | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: n031 | Total Noticed: 191 |

| | | |
|---|---|---|
| 5492450 | + | Disney, P.O. Box 738, Neenah, WI 54957-0738 |
| 5492451 | | Diversified Consultant, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 5492457 | + | ERC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 5492452 | | Earthlink, P.O. Box 79026, Saint Louis, MO 63179 |
| 5492454 | + | Emergency Clinic Assoc, P.O. Box 31058, Omaha, NE 68131-0058 |
| 5492455 | + | Emergency Physicians, P.O. Box 15396, Hattiesburg, MS 39404-5396 |
| 5492456 | + | Energy Billing Systems, 13057 W Center Rd, Omaha, NE 68144-3748 |
| 5492464 | + | Garden Park, P.O. Box 740783, Cincinnati, OH 45274-0783 |
| 5492472 | + | HNC Financial, P.O. Box 203500, Austin, TX 78720-3500 |
| 5492467 | + | Hancock Whitney, 1430 25th Ave, Gulfport, MS 39501-1933 |
| 5492469 | | Healthcare Financial A, P.O. Box 6410, Metairie, LA 70009-6410 |
| 5492470 | + | Healthy Smiles Dentist, 13179 Three Rivers Rd, Gulfport, MS 39503-4944 |
| 5492473 | + | Home Group, Inc, 38053 Eagle Way, Chicago, IL 60678-0380 |
| 5492474 | + | Immanuel Medical Cent, 6901 N 72nd St, Omaha, NE 68122-1709 |
| 5492477 | + | Island National Group, 575 Underhill Blvd, Ste 224, Syosset, NY 11791-3416 |
| 5492479 | + | JC Christensen & Assoc, PO Box 519, Sauk Rapids, MN 56379-0519 |
| 5492478 | | James Goodiven, 1811 Court St, Omaha, NE 68110 |
| 5496453 | + | Kimberly D. Putnam, Esq., Dean Morris, LLC, for PennyMac Loan Services, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5492546 | ++ | LOAN SERVICING, LOAN SUPPORT, PO BOX 5961, MADISON WI 53705-0961 address filed with court:, State Farm, 1 State Farm Plaza, Bloomington, IL 61710 |
| 5492485 | | Lifetouch, Inc, 11000 Viking Dr, Ste 400, Minneapolis, MN 55430 |
| 5492486 | + | Lincoln Heritage, 4343 E Camelback Rd, Ste 400, Phoenix, AZ 85018-2705 |
| 5492497 | ++ | MID CONTINENT CREDIT SERVICES, 3161 N ROCK RD, STE B, WICHITA KS 67226-1453 address filed with court:, Mid Continent Credit S, 3161 N Rock Rd, Ste B, Wichita, KS 67226 |
| 5492505 | ++ | MISSISSIPPI POWER, 420 W PINE STREET, HATTIESBURG MS 39401-3830 address filed with court:, MS Power, P.O. Box 4079, Gulfport, MS 39502 |
| 5492489 | + | Memorial Emergengy Phy, PO Box 15396, Hattiesburg, MS 39404-5396 |
| 5492490 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5498166 | + | Memorial Hospital, c/o Wessler Law Firm, P.O. Box 175, Gulfport, MS 39502-0175 |
| 5492495 | | Metro Credit Untion, P.O. Box 396696, Omaha, NE 68139 |
| 5492496 | + | Metropolitan Utilities, P.O. Box 3600, Omaha, NE 68103-0600 |
| 5492501 | #+ | Midwest Minor Medical, 8610 W Dodge Rd, Ste 2870, Omaha, NE 68114-2870 |
| 5492502 | + | Millennium Credit Cons, P.O. Box 8160, Saint Paul, MN 55108-0160 |
| 5492508 | + | NE Dept of Labor, P.O. Box 94600, Lincoln, NE 68509-4600 |
| 5492512 | + | No Credit Check, 18001 Kellogg Rd, Saucier, MS 39574-7050 |
| 5492513 | + | Northshore Agency, 9525 Sweet Valley Dr, Bldg A, Cleveland, OH 44125-4237 |
| 5492514 | | Omaha Emergency Physic, 601 N 30th St, Omaha, NE 68131 |
| 5492515 | + | Omaha Public Library, 215 S 15th St, Omaha, NE 68102-1601 |
| 5492516 | | Paycheck Advance, 5906 Arnes Ave, Omaha, NE 68164 |
| 5492517 | + | Payday Advance, Palmetto Financial, In, 239 E Columbia Ave, Leesville, SC 29070-7718 |
| 5492518 | | Payday Express, 4436 Arnes St, Omaha, NE 68111 |
| 5492519 | + | Penn Foster, PO box 1900, Scranton, PA 18505-0900 |
| 5492521 | | Peto Loan, 45 Haven Hill, Andover, MA 01810 |
| 5492523 | | Pioneer Property, 65 Elm St, Lancaster, WI 53813 |
| 5492533 | | RMCB, P.O. Box 1235, Elmsford, NY 10523-0935 |
| 5492527 | + | Radiology Consultants, P.O. Box 31399, Omaha, NE 68131-0399 |
| 5492528 | | Receivable Management, PO Box 280431, East Hartford, CT 06128-0431 |
| 5492531 | + | Rent Recover, LLC, P.O. Box 1550, Sunnyside, WA 98944-3550 |
| 5492537 | + | Scott Simon, P.O. Box 478, Boys Town, NE 68010-0478 |
| 5492539 | + | Silkies, 340 E Maple Ave, Ste 205, Langhorne, PA 19047-2848 |
| 5492540 | | Singing River Health, 2101 US-90, Gautier, MS 39553 |
| 5492543 | + | Southgate, 13057 W Center Rd, Omaha, NE 68144-3748 |
| 5492547 | + | Summit Dental, 2503 S 140th CR, Omaha, NE 68144-2315 |
| 5492548 | + | Summit Park Apts, 12501 Portland Ave S, Burnsville, MN 55337-7505 |
| 5492549 | | TCF National Bank, PO Box 17995, Milwaukee, WI 53217 |
| 5492550 | + | The Best Service, 10780 Santa Monica Blv, Ste 140, Los Angeles, CA 90025-7613 |
| 5492551 | | The Dermatology Clinic, P.O. Box 6625, Gulfport, MS 39506-6625 |
| 5492553 | + | Travelers, P.O. Box 5076, Hartford, CT 06102-5076 |
| 5492554 | + | Tri County Eye Clinic, 431 Bertucci Blvd, Biloxi, MS 39531-2255 |
| 5492555 | | Unique National Collec, 119 Empire St, Jeffersonvill, IN 47130 |
| 5492562 | + | VRM Group, P.O. Box 541, Buffalo, NY 14224-0541 |
| 5492560 | + | Vengroff Williams, P.O. Box 4135, Sarasota, FL 34230-4135 |
| 5492564 | + | YBoy, P.O. Box 105654, Atlanta, GA 30348-5654 |

| District/off: 0538-6 | User: mssbad | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: n031 | Total Noticed: 191 |
| TOTAL: 97 | | |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 19 2025 19:45:57 | Wollemi Acquisitions, LLC, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5492389 | + Email/Text: EBNProcessing@afni.com | Aug 19 2025 19:30:00 | AFNI, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 5492400 | Email/Text: Bankruptcy@ICSystem.com | Aug 19 2025 19:30:00 | AT&T, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5492401 | + Email/Text: g17768@att.com | Aug 19 2025 19:30:00 | AT&T, PO Box 536216, Atlanta, GA 30353-6216 |
| 5492382 | + Email/Text: bankruptcynotices@aarons.com | Aug 19 2025 19:30:00 | Aaron Rental Inc, 400 Galleria Pkwy SE, Ste 300, Atlanta, GA 30339-3182 |
| 5492386 | + Email/Text: bankruptcy1@acecashexpress.com | Aug 19 2025 19:30:00 | Ace Cash Express, 1231 Greenway Dr, Ste 600, Irving, TX 75038-2511 |
| 5520182 | ^ MEBN | Aug 19 2025 19:26:28 | American Car Center (C/O Westlake Portfolio, Management (WPM), Westlake Portfolio Management, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 5492395 | ^ MEBN | Aug 19 2025 19:26:24 | American Family Insura, 6000 American Pkwy, Madison, WI 53783-0002 |
| 5492396 | ^ MEBN | Aug 19 2025 19:26:35 | American Financial, Attn: Bankruptcy, 6263 Poplar Ave, Ste 900, Memphis, TN 38119-4743 |
| 5492397 | + Email/PDF: bncnotices@becket-lee.com | Aug 19 2025 19:45:53 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 5526807 | Email/PDF: bncnotices@becket-lee.com | Aug 19 2025 19:45:53 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5492398 | + Email/Text: bsimmons@amsher.com | Aug 19 2025 19:30:48 | Amsher Collection Svcs, 4524 Southlake Pkwy, Ste 15, Birmingham, AL 35244-3271 |
| 5492406 | ^ MEBN | Aug 19 2025 19:26:41 | Bank of the West, P.O. Box 4024, Alameda, CA 94501-0424 |
| 5492413 | ^ MEBN | Aug 19 2025 19:26:30 | Bristol West, P.O. Box 371329, Pittsburgh, PA 15250-7329 |
| 5492418 | + Email/Text: bankruptcy_notifications@ccsusa.com | Aug 19 2025 19:30:00 | CCS Payment Processing, P.O. Box 55126, Boston, MA 02205-5126 |
| 5492431 | Email/Text: EBN_Brea@meduitrcm.com | Aug 19 2025 19:30:00 | CMRE Financial Service, 3075 E. Imperial Hwy, Ste 200, Brea, CA 92821 |
| 5497851 | Email/Text: ebnnotifications@creditacceptance.com | Aug 19 2025 19:30:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5492414 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2025 19:45:53 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5492417 | + Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 19 2025 19:30:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5492420 | + Email/Text: bmg.bankruptcy@centurylink.com | Aug 19 2025 19:30:00 | Century Link, P.O. Box 91154, Seattle, WA 98111-9254 |
| 5492423 | + Email/Text: bankruptcy.notifications@fisglobal.com | Aug 19 2025 19:30:00 | Chex Systems, Inc., Attn Customer Relation, 7805 Hudson Rd, Ste 100, Saint Paul, MN 55125-1595 |
| 5492424 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 19 2025 19:30:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5492425 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2025 19:45:50 | CitiBank, 701 East 60th St N, Sioux Falls, SD |

| | | | | |
|---|---|---|---|---|
| | | | | 57104-0432 |
| 5492433 | + | Email/Text: documentfiling@lciinc.com | Aug 19 2025 19:30:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 5492434 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 19 2025 19:30:00 | Convergent, PO Box 9004, Renton, WA 98057-9004 |
| 5492436 | ^ | MEBN | Aug 19 2025 19:26:16 | Cox Communications, 6205 B Peachtree Dunwo, NE, Atlanta, GA 30328-4524 |
| 5492437 | + | Email/Text: bankruptcy@credencerm.com | Aug 19 2025 19:30:00 | Credence Resource, Attn: Bankruptcy, 4222 Trinity Mills Rd, Suite 260, Dallas, TX 75287-7666 |
| 5492438 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 19 2025 19:30:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5492440 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 19 2025 19:30:00 | Credit Collection Serv, 2 Wells Ave, Newton Center, MA 02459-3225 |
| 5492441 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2025 19:34:40 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5492442 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Aug 19 2025 19:30:00 | Credit Systems, Attn: Bankruptcy, Po Box 1088, Arlington, TX 76004-1088 |
| 5492444 | + | Email/Text: odentracklegal@sentry.com | Aug 19 2025 19:30:00 | Dairyland Insurance, 1800 N Point Dr, Stevens Point, WI 54481-1253 |
| 5492475 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2025 19:30:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia PA 19101-7346 |
| 5492448 | + | Email/PDF: ais.dtv.ebn@aisinfo.com | Aug 19 2025 19:35:06 | DirectTV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 5492449 | | Email/Text: Bankruptcy.Consumer@dish.com | Aug 19 2025 19:30:00 | Dish Network, P.O. Box 34663, Palatine, IL 60055-0063 |
| 5492453 | + | Email/Text: BankruptcyCMS@Credit-Mgmt.com | Aug 19 2025 19:30:00 | Easy Home, c/o Credit Management, P.O. Box 1512, Grand Island, NE 68802-1512 |
| 5492458 | + | Email/Text: bnc@teampurpose.com | Aug 19 2025 19:30:00 | Express Check Advance, 376 Pass Rd, Gulfport, MS 39507-3034 |
| 5492460 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 19 2025 19:30:00 | First National Bank, P.O. Box 2557, Omaha, NE 68103 |
| 5492462 | + | Email/Text: bankruptcy@fncbinc.com | Aug 19 2025 19:30:00 | FNCB, Inc, P.O. Box 51660, Sparks, NV 89435-1660 |
| 5492459 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 19 2025 19:30:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5492461 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 19 2025 19:45:49 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5492466 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 19 2025 19:30:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5492465 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 19 2025 19:30:00 | Geico, P.O. Box 55126, Boston, MA 02205-5126 |
| 5492468 | | Email/Text: csc-correspondence@hctra.org | Aug 19 2025 19:30:00 | HCTRA, P.O. Box 4440, Houston, TX 77210 |
| 5492471 | + | Email/Text: patientbilling@hcmed.org | Aug 19 2025 19:30:00 | Hennepin Co Medical, P.O. Box 1238, Minneapolis, MN 55440-1238 |
| 5492476 | + | Email/Text: ebone.woods@usdoj.gov | Aug 19 2025 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5492480 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 19 2025 19:30:00 | Jefferson Capital Sys, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 5492481 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 19 2025 19:30:00 | Jefferson Capital Syst, P.O. Box 7999, Saint Cloud, MN 56302-7999 |

| District/off: 0538-6 | User: mssbad | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: n031 | Total Noticed: 191 |

| Recipient | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5492483 | + | Email/Text: bankruptcynotice@keystonehealthcare.com | Aug 19 2025 19:30:00 | Keystone Medical, PO Box 677864, Dallas, TX 75267-7864 |
| 5492492 | | Email/Text: sheri@masinc.org | Aug 19 2025 19:30:00 | Merchants Adjustment, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 5492491 | | Email/Text: sheri@masinc.org | Aug 19 2025 19:30:00 | Merchants Adjustment Service, P.O. Box 7511, Mobile, AL 36670 |
| 5492503 | + | Email/Text: mdor.bkysec@state.mn.us | Aug 19 2025 19:30:00 | MN Dept of Revenue, 600 N Robert St, Saint Paul, MN 55146-0010 |
| 5492488 | + | Email/Text: bnc@teampurpose.com | Aug 19 2025 19:30:00 | McKenzie Check Advance, 3327 L St, Omaha, NE 68107-2500 |
| 5492493 | + | Email/Text: bankruptcy@cleartogether.com | Aug 19 2025 19:30:00 | Merchants Credit Adj, 25 D Building, 4005 S 148th St, Omaha, NE 68137-5561 |
| 5492494 | + | Email/Text: studentaccounts@mccneb.edu | Aug 19 2025 19:30:00 | Metro Community Colleg, P.O. Box 3777, Omaha, NE 68103-0777 |
| 5492498 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2025 19:30:00 | Midland Credit, PO Box 13105, Roanoke, VA 24031-3105 |
| 5492499 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2025 19:30:00 | Midland Credit Managem, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 5492500 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2025 19:30:00 | Midland Funding, 8875 Areo Dr, Ste 200, San Diego, CA 92123-2255 |
| 5492504 | + | Email/Text: allison@oakpointpartners.com | Aug 19 2025 19:30:00 | Movie Gallery, 900 W Main St, Dothan, AL 36301-1410 |
| 5492507 | ^ | MEBN | Aug 19 2025 19:26:20 | NCB Management Svcs, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 5492510 | | Email/Text: PFSAcctRecovery@nebraskamed.com | Aug 19 2025 19:30:00 | Nebraska Medicine, P.O. Box 2099, Omaha, NE 68103 |
| 5492506 | + | Email/Text: JOE@NASOMAHA.COM | Aug 19 2025 19:30:00 | National Acct Systems, P.O. Box 45767, Omaha, NE 68145-0767 |
| 5492509 | + | Email/Text: PFSAcctRecovery@nebraskamed.com | Aug 19 2025 19:30:00 | Nebraska Medical Cente, P.O. Box 3839, Omaha, NE 68103-0839 |
| 5492511 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 19 2025 19:30:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5492525 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 19 2025 19:45:57 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5492520 | + | Email/PDF: ebnotices@pnmac.com | Aug 19 2025 19:45:58 | PennyMac Loan Services, Attn: Correspondence, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5509644 | + | Email/PDF: ebnotices@pnmac.com | Aug 19 2025 19:45:56 | PennyMac Loan Services, LLC, PO BOX 2410, Moorpark, CA 93020-2410 |
| 5492522 | + | Email/Text: ngisupport@radiusgs.com | Aug 19 2025 19:30:00 | Pinnacle Financial Gro, 7825 Washington Ave S, Ste 310, Minneapolis, MN 55439-2424 |
| 5492524 | | Email/Text: legal@pfhq.com | Aug 19 2025 19:30:00 | Planet Fitness, 4 Liberty Ln E, Hampton, NH 03842 |
| 5492487 | | Email/Text: bankruptcy@qcholdings.com | Aug 19 2025 19:30:00 | Loan Master, 741 E Pass Rd, Ste B, Gulfport, MS 39507 |
| 5492526 | + | Email/Text: bklaw@centurylink.com | Aug 19 2025 19:30:00 | Qwest, 1801 California St, Denver, CO 80202-2658 |
| 5492529 | | Email/Text: Supportservices@receivablesperformance.com | Aug 19 2025 19:30:00 | Receivables Performanc, PO Box 1548, Lynnwood, WA 98046-1548 |
| 5492530 | + | Email/Text: newbk@Regions.com | Aug 19 2025 19:30:00 | Regions Bankcard, Attn: Bankruptcy, 2050 Parkway Office Ci, Hoover, AL 35244-1805 |
| 5492532 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

25-50455-KMS Dkt 45 Filed 08/21/25 Entered 08/21/25 23:38:53 Page 6 of 8

| District/off: 0538-6 | User: mssbad | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: n031 | Total Noticed: 191 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 19 2025 19:35:03 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 5492535 | + | Email/Text: bankruptcynotices@sba.gov | Aug 19 2025 19:30:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5492536 | + | Email/Text: ebone.woods@usdoj.gov | Aug 19 2025 19:30:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5493829 | + | Email/Text: bkinfo@ccfi.com | Aug 19 2025 19:30:00 | SCIL, Inc., 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5492463 | | Email/Text: bankruptcy@sequium.com | Aug 19 2025 19:30:00 | Focus Receivables Mana, 1130 Northchase Pkwy, SE, Ste 100, Marietta, GA 30067 |
| 5492534 | ^ | MEBN | Aug 19 2025 19:26:29 | Safe Home Security, 1125 Middle St, #201, Middletown, CT 06457-1686 |
| 5492538 | | Email/Text: bankruptcy@sccompanies.com | Aug 19 2025 19:30:00 | Seventh Ave, c/o Creditors Bankrupt, PO Box 740933, Dallas, TX 75374-0933 |
| 5497295 | ^ | MEBN | Aug 19 2025 19:26:13 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5492544 | + | Email/Text: bkinfo@ccfi.com | Aug 19 2025 19:30:00 | Speedycash, Attn: Bankruptcy, Po Box 780408, Wichita, KS 67278-0408 |
| 5492545 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 19 2025 19:34:41 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 5492552 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 19 2025 19:45:53 | TMobile, PO Box 660252, Dallas, TX 75266-0252 |
| 5495741 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 19 2025 19:30:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5506171 | + | Email/Text: BhamBankruptcy@sba.gov | Aug 19 2025 19:30:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 5492556 | ^ | MEBN | Aug 19 2025 19:26:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5494531 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Aug 19 2025 19:34:58 | U.S. Department of HUD, 77 Forsyth Street SW, Atlanta, GA 30303 |
| 5492558 | + | Email/Text: ebone.woods@usdoj.gov | Aug 19 2025 19:30:00 | US Dept of Treasury, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5492559 | ^ | MEBN | Aug 19 2025 19:26:32 | Valero, P.O. Box 300, Amarillo, TX 79105-0300 |
| 5492561 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 19 2025 19:30:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |
| 5498715 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2025 08:26:22 | Wollemi Acquisitions, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5492563 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Aug 19 2025 19:30:00 | XCel Energy, P.O. Box 9477, Minneapolis, MN 55484-9477 |
| 5492565 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 19 2025 19:30:00 | Younkers, HSBC Bank, P.O. Box 9, Buffalo, NY 14240-0009 |

TOTAL: 94

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |

| District/off: 0538-6 | User: mssbad | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: n031 | Total Noticed: 191 |

| | | |
|---|---|---|
| 5526861 | * | American First Finance, LLC, c/o Becket & Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5492412 | *P++ | BONDED COLLECTION CORPORATION, PO BOX 2248, NORCROSS GA 30091-2248, address filed with court:, Bonded Collection Corp, 29 E Madicson St, Ste 1650, Chicago, IL 60602 |
| 5492557 | *+ | US Dept of Treasury, Attn: Bankruptcy, 1500 Pennsylvania Ave, Washington, DC 20220-0001 |
| 5492383 | ##+ | Account Recovery, P.O. Box 34519, Omaha, NE 68134-0519 |
| 5492482 | ##+ | Joel Cardis, LLC, 2006 Swede Rd, Ste 100, Norristown, PA 19401-1787 |
| 5492484 | ##+ | Lamont Hanley & Assoc, 1138 Elm St, Manchester, NH 03101-1531 |
| 5492541 | ##+ | SMB Radiology, P.O. Box 1330, Gulfport, MS 39502-1330 |
| 5492542 | ##+ | Southern MS Heart Cent, 4300 Hospital St, Ste 102, Pascagoula, MS 39581-5308 |

TOTAL: 0 Undeliverable, 5 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025                                       Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Randy Duron Shelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Constance Monique Shelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50455−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Constance Monique Shelly<br>fka Constance Monique Vaughn−Bey<br>10402 Steeplechase Dr<br>Gulfport, MS 39503 | Randy Duron Shelly<br>aka Randy D Shelly<br>10402 Steeplechase Dr<br>Gulfport, MS 39503 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on August 19, 2025 (Dkt. # 44 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<u>Jackson Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

<u>Gulfport Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 19, 2025                                    Danny L. Miller, Clerk of Court