_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 10, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:                                                                        **CHAPTER 13**

**CONSTANCE MONIQUE SHELLY**                      **CASE NO. 25-50455-KMS**
**RANDY DURON SHELLY**

### AMENDED ORDER DIRECTING DEBTOR PLAN PAYMENTS

     IT APPEARING TO THE COURT that the above-referenced Debtor(s) have subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**CONSTANCE MONIQUE SHELLY**
**10402 STEEPLECHASE DR**
**GULFPORT, MS 39503**

is directed to pay by TFS, money order or cashier's check the sum of \*\*\***$1,215.50 PER MONTH, BEGINNING IMMEDIATELY** Please send payments to:

**WARREN A. CUNTZ, JR., CH. 13 TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

\*Please notate your name and case number on the payment to the Trustee.\*

##END OF ORDER##

___

**1. Plan Payment increased based upon your case being scheduled as confirmed. If you have any questions, please contact your attorney.**