_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 3, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:
CONSTANCE MONIQUE & RANDY DURON SHELLY          CHAPTER 13

                                                CASE NO: 25-50455-KMS

### ORDER RELEASING EARNINGS OF DEBTOR
**RANDY DURON SHELLY (SSN # XXX-XX-1873)**

THE ORDER **(Dkt. 49)** heretofore entered in these proceedings by which the debtor's employer:

> PAT PECK HONDA
> ATTN: PAYROLL DEPT
> 11151 HWY 49 N
> GULFPORT, MS 39503

was directed to pay Debtor's wages or a portion thereof to:

> WARREN A. CUNTZ, JR. TRUSTEE
> P.O. BOX 3749
> GULFPORT MS 39505-3749
> (228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##