## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re: CONSTANCE MONIQUE SHELLY                                        Case No.: 25-50455-KMS
RANDY DURON SHELLY
Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

WARREN A. CUNTZ, JR., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  03/31/2025.
2) The plan was confirmed on  08/19/2025.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  11/04/2025.
5) The case was dismissed on  12/01/2025.
6) Number of months from filing or conversion to last payment:  9.
7) Number of months case was pending:  11.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
|   |   |   |
|---|---|---|
| Total paid by or on behalf of the debtor: | $10,878.75 |   |
| Less amount refunded to debtor: | $611.50 |   |
| **NET RECEIPTS:** |   | $10,267.25 |

**Expenses of Administration:**
|   |   |   |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $1,890.65 |   |
| Court Costs: | $.00 |   |
| Trustee Expenses and Compensation: | $549.99 |   |
| Other: | $.00 |   |
| **TOTAL EXPENSES OF ADMINISTRATION:** |   | $2,440.64 |

Attorney fees paid and disclosed by debtor:        $227.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AARON RENTAL INC | Unsecured | 385.16 | NA | NA | .00 | .00 |
| ACCREDITED COLLECTION | Unsecured | 176.31 | NA | NA | .00 | .00 |
| ACE CASH EXPRESS | Unsecured | 499.97 | NA | NA | .00 | .00 |
| ADVANCE AMERICA | Unsecured | 352.75 | NA | NA | .00 | .00 |
| ALEGENT HEALTH | Unsecured | 259.63 | NA | NA | .00 | .00 |
| ALEGENT HEALTH | Unsecured | 102.00 | NA | NA | .00 | .00 |
| ALEGENT HEALTH | Unsecured | 1,107.00 | NA | NA | .00 | .00 |
| ALEGENT HEALTH | Unsecured | 218.40 | NA | NA | .00 | .00 |
| ALEGENT HEALTH | Unsecured | 3,761.78 | NA | NA | .00 | .00 |
| ALLEN SERVICES INC | Unsecured | 1,296.40 | NA | NA | .00 | .00 |
| AMERICAN CHECK CASHER | Unsecured | 470.00 | NA | NA | .00 | .00 |
| AMERICAN FAMILY INSURA | Unsecured | 238.46 | NA | NA | .00 | .00 |
| AMERICAN FINANCIAL | Unsecured | 11,365.00 | NA | NA | .00 | .00 |

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re:  CONSTANCE MONIQUE SHELLY                                              Case No.:  25-50455-KMS
        RANDY DURON SHELLY
                Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AT T | Unsecured | 1,333.26 | NA | NA | .00 | .00 |
| AVIS BUDGET GROUP | Unsecured | 824.58 | NA | NA | .00 | .00 |
| BABERS | Unsecured | 2,000.36 | NA | NA | .00 | .00 |
| BALLEY TOTAL FITNESS | Unsecured | 344.42 | NA | NA | .00 | .00 |
| BANK OF THE WEST | Unsecured | 233.86 | NA | NA | .00 | .00 |
| BEACH VIEW DENTAL | Unsecured | 196.01 | NA | NA | .00 | .00 |
| BELLEVUE PUBLIC LIBRAR | Unsecured | 9.60 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS | Unsecured | 101.75 | NA | NA | .00 | .00 |
| BMG MUSIC SERVICE | Unsecured | 30.56 | NA | NA | .00 | .00 |
| BMG MUSIC SERVICE | Unsecured | 48.04 | NA | NA | .00 | .00 |
| BONDED COLLECTION CORP | Unsecured | 235.25 | NA | NA | .00 | .00 |
| BRISTOL WEST | Unsecured | 203.49 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 439.90 | NA | NA | .00 | .00 |
| CAR HOP | Unsecured | 6,922.32 | NA | NA | .00 | .00 |
| CASH INC | Unsecured | 365.36 | NA | NA | .00 | .00 |
| CASH INC | Unsecured | 270.00 | NA | NA | .00 | .00 |
| CASHNETUSA | Unsecured | 376.68 | NA | NA | .00 | .00 |
| CENTURY LINK | Unsecured | 329.16 | NA | NA | .00 | .00 |
| CENTURY LINK | Unsecured | 595.73 | NA | NA | .00 | .00 |
| CHARLES DREW HEALTH CE | Unsecured | 76.00 | NA | NA | .00 | .00 |
| CHERRY HILLS | Unsecured | 1,099.00 | NA | NA | .00 | .00 |
| CHEX SYSTEMS INC | Unsecured | 13.09 | NA | NA | .00 | .00 |
| CHRYSLER CAPITAL | Unsecured | 10,000.00 | NA | NA | .00 | .00 |
| CITIBANK | Unsecured | 512.88 | NA | NA | .00 | .00 |
| CITY MOTORS | Unsecured | 4,007.37 | NA | NA | .00 | .00 |
| CITY OF MINNEAPOLIS | Unsecured | 73.00 | NA | NA | .00 | .00 |
| CITY OF OMAHA | Unsecured | 825.00 | NA | NA | .00 | .00 |
| COMCAST | Unsecured | 569.86 | NA | NA | .00 | .00 |
| COMCAST | Unsecured | 563.42 | NA | NA | .00 | .00 |
| CONVENTRY HEALTH CARE | Unsecured | 67.98 | NA | NA | .00 | .00 |
| CONVENTRY HEALTH CARE | Unsecured | 170.64 | NA | NA | .00 | .00 |
| COX COMMUNICATIONS | Unsecured | 994.53 | NA | NA | .00 | .00 |
| COX COMMUNICATIONS | Unsecured | 168.76 | NA | NA | .00 | .00 |
| COX COMMUNICATIONS | Unsecured | 112.86 | NA | NA | .00 | .00 |
| CREDENCE RESOURCE | Unsecured | 684.00 | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CORPORATION | Unsecured | 21,406.71 | 20,314.26 | 20,314.26 | .00 | .00 |
| CREDIT ONE BANK | Unsecured | 598.00 | NA | NA | .00 | .00 |
| CREDIT SYSTEMS | Unsecured | 320.00 | NA | NA | .00 | .00 |
| DAIRYLAND INSURANCE | Unsecured | 62.67 | NA | NA | .00 | .00 |
| DAKOTA ELECTRIC | Unsecured | 577.01 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI  
GULFPORT DIVISION

In re: CONSTANCE MONIQUE SHELLY  
      RANDY DURON SHELLY  
      Debtor(s)

Case No.: 25-50455-KMS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DELTA DENTAL | Unsecured | 119.60 | NA | NA | .00 | .00 |
| DENTEGRA INSURANCE CO | Unsecured | 190.40 | NA | NA | .00 | .00 |
| DIRECTV | Unsecured | 880.88 | NA | NA | .00 | .00 |
| DIRECTV | Unsecured | 388.22 | NA | NA | .00 | .00 |
| DISH NETWORK | Unsecured | 401.33 | NA | NA | .00 | .00 |
| DISNEY | Unsecured | 30.87 | NA | NA | .00 | .00 |
| DL OCHUBA DDS | Unsecured | 244.00 | NA | NA | .00 | .00 |
| EARTHLINK | Unsecured | 62.39 | NA | NA | .00 | .00 |
| EASY HOME | Unsecured | 4,400.00 | NA | NA | .00 | .00 |
| EMERGENCY PHYSICIANS | Unsecured | 371.40 | NA | NA | .00 | .00 |
| ENERGY BILLING SYSTEMS | Unsecured | 103.36 | NA | NA | .00 | .00 |
| EXPRESS CHECK ADVANCE | Unsecured | 522.00 | NA | NA | .00 | .00 |
| EXPRESS CHECK ADVANCE | Unsecured | 450.00 | NA | NA | .00 | .00 |
| FINGERHUT | Unsecured | 191.70 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | Unsecured | 326.59 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | Unsecured | 747.87 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 817.00 | NA | NA | .00 | .00 |
| GARDEN PARK | Unsecured | 412.13 | NA | NA | .00 | .00 |
| GARDEN PARK | Unsecured | 1,286.12 | NA | NA | .00 | .00 |
| GEICO | Unsecured | 464.12 | NA | NA | .00 | .00 |
| GM FINANCIAL | Unsecured | 1,283.87 | NA | NA | .00 | .00 |
| HANCOCK WHITNEY | Unsecured | 1,062.61 | NA | NA | .00 | .00 |
| HCTRA | Unsecured | 49.25 | NA | NA | .00 | .00 |
| HEALTHY SMILES DENTIST | Unsecured | 487.00 | NA | NA | .00 | .00 |
| HENNEPIN CO MEDICAL | Unsecured | 599.00 | NA | NA | .00 | .00 |
| HENNEPIN CO MEDICAL | Unsecured | 1,108.77 | NA | NA | .00 | .00 |
| HOME GROUP INC | Unsecured | 535.50 | NA | NA | .00 | .00 |
| IMMANUEL MEDICAL CENT | Unsecured | 377.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 2,954.46 | 3,888.00 | 3,888.00 | 332.84 | .00 |
| JAMES GOODIVEN | Unsecured | 6,911.50 | NA | NA | .00 | .00 |
| KEYSTONE MEDICAL | Unsecured | 211.77 | NA | NA | .00 | .00 |
| KEYSTONE MEDICAL | Unsecured | 851.00 | NA | NA | .00 | .00 |
| KEYSTONE MEDICAL | Unsecured | 1,866.00 | NA | NA | .00 | .00 |
| LIFETOUCH INC | Unsecured | 43.00 | NA | NA | .00 | .00 |
| LINCOLN HERITAGE | Unsecured | 1,004.71 | NA | NA | .00 | .00 |
| LOAN MASTER | Unsecured | 366.00 | NA | NA | .00 | .00 |
| MCKENZIE CHECK ADANCE | Unsecured | NA | NA | NA | .00 | .00 |
| MEMORIAL EMERG PHY | Unsecured | 139.87 | NA | NA | .00 | .00 |
| MEMORIAL EMERG PHY | Unsecured | 537.00 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 178.00 | NA | NA | .00 | .00 |

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re: CONSTANCE MONIQUE SHELLY   Case No.: 25-50455-KMS
RANDY DURON SHELLY
Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MEMORIAL HOSPITAL | Unsecured | 90.00 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 178.00 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 75.00 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 155.72 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 103.99 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 1,112.00 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 118.00 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 2,031.96 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 365.00 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 200.00 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 575.00 | NA | NA | .00 | .00 |
| Memorial Hospital %Wessler Law Firm | Unsecured | 79,756.67 | 82,338.67 | 82,338.67 | .00 | .00 |
| MERCHANTS ADJUSTMENT | Unsecured | 108.00 | NA | NA | .00 | .00 |
| MERCHANTS ADJUSTMENT | Unsecured | 936.00 | NA | NA | .00 | .00 |
| MERCHANTS ADJUSTMENT SERVICE | Unsecured | 936.00 | 1,684.20 | 1,684.20 | .00 | .00 |
| METRO COMMUNITY COLLEG | Unsecured | 262.06 | NA | NA | .00 | .00 |
| METRO CREDIT UNION | Unsecured | 4,220.84 | NA | NA | .00 | .00 |
| METROPOLITAN UTILITES | Unsecured | 675.31 | NA | NA | .00 | .00 |
| MIDLAND FUNDING | Unsecured | 1,256.51 | NA | NA | .00 | .00 |
| MIDWEST MINOR MEDICAL | Unsecured | 101.44 | NA | NA | .00 | .00 |
| MN DEPT OF REVENUE | Priority | 433.75 | NA | NA | .00 | .00 |
| MOVIE GALLERY | Unsecured | 12.83 | NA | NA | .00 | .00 |
| NEBRASKA DEPT OF LABOR, GEN COU | Unsecured | 973.00 | 973.00 | 973.00 | .00 | .00 |
| NEBRASKA MEDICAL CENTE | Unsecured | 238.78 | NA | NA | .00 | .00 |
| NEBRASKA MEDICAL CENTE | Unsecured | 373.57 | NA | NA | .00 | .00 |
| NEBRASKA MEDICINE | Unsecured | 1,093.10 | NA | NA | .00 | .00 |
| NEBRASKA MEDICINE | Unsecured | 191.68 | NA | NA | .00 | .00 |
| NEBRASKA MEDICINE | Unsecured | 186.34 | NA | NA | .00 | .00 |
| NELNET | Unsecured | 33,344.00 | NA | NA | .00 | .00 |
| NO CREDIT CHECK | Secured | 8,000.00 | NA | NA | .00 | .00 |
| OAMAH PUBLIC LIBRARY | Unsecured | 18.00 | NA | NA | .00 | .00 |
| OMAHA EMERG PHYSIC | Unsecured | 282.00 | NA | NA | .00 | .00 |
| OMAHA EMERG PHYSIC | Unsecured | 1,023.00 | NA | NA | .00 | .00 |
| OMAHA PUBLIC LIBRARY | Unsecured | 37.87 | NA | NA | .00 | .00 |
| OMAHA PUBLIC LIBRARY | Unsecured | 50.00 | NA | NA | .00 | .00 |
| PAYCHECK ADVANCE | Unsecured | 500.00 | NA | NA | .00 | .00 |
| PAYCHECK ADVANCE | Unsecured | 520.00 | NA | NA | .00 | .00 |
| PAYDAY EXPRESS | Unsecured | 270.25 | NA | NA | .00 | .00 |
| PENN FOSTER | Unsecured | 921.00 | NA | NA | .00 | .00 |
| PENNYMAC LOAN SERVICES LLC | Secured | 108,466.98 | 123,470.77 | 5,875.70 | 5,875.70 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re: CONSTANCE MONIQUE SHELLY  
      RANDY DURON SHELLY  
Debtor(s)

Case No.: 25-50455-KMS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PENNYMAC LOAN SERVICES LLC | Secured | NA | 18,928.61 | 18,928.61 | 1,618.07 | .00 |
| PENNYMAC LOAN SERVICES LLC | Secured | NA | 350.00 | 350.00 | .00 | .00 |
| PETO LOAN | Unsecured | 5,000.00 | NA | NA | .00 | .00 |
| PINNACLE FINANCAL GRO | Unsecured | 269.91 | NA | NA | .00 | .00 |
| PINNACLE FINANCAL GRO | Unsecured | 50.77 | NA | NA | .00 | .00 |
| PIONEER PROPERTY | Unsecured | 2,000.00 | NA | NA | .00 | .00 |
| PLANET FITNESS | Unsecured | 271.46 | NA | NA | .00 | .00 |
| PLANET FITNESS | Unsecured | 210.00 | NA | NA | .00 | .00 |
| QWEST | Unsecured | 693.48 | NA | NA | .00 | .00 |
| RADIOLOGY CONSULTANTS | Unsecured | 90.00 | NA | NA | .00 | .00 |
| REGIONS BANKCARD | Secured | 477.00 | NA | NA | .00 | .00 |
| SAFE HOME SECURITY | Unsecured | 712.10 | NA | NA | .00 | .00 |
| SCIL INC | Unsecured | 485.00 | 485.99 | 485.99 | .00 | .00 |
| SCOTT SIMON | Unsecured | 907.50 | NA | NA | .00 | .00 |
| SEVENTH AVE | Unsecured | 114.48 | NA | NA | .00 | .00 |
| SILKIES | Unsecured | 14.22 | NA | NA | .00 | .00 |
| SINGING RIVER HOSPITAL SYSTEM | Unsecured | 6,223.54 | 11,931.67 | 11,931.67 | .00 | .00 |
| SMB RADIOLOGY | Unsecured | 249.40 | NA | NA | .00 | .00 |
| SMB RADIOLOGY | Unsecured | 108.00 | NA | NA | .00 | .00 |
| SMB RADIOLOGY | Unsecured | 350.00 | NA | NA | .00 | .00 |
| SOUTHERN MS HEART CENT | Unsecured | 761.19 | NA | NA | .00 | .00 |
| SOUTHGATE | Unsecured | 774.75 | NA | NA | .00 | .00 |
| SPRINT | Unsecured | 624.60 | NA | NA | .00 | .00 |
| SPRINT | Unsecured | 364.74 | NA | NA | .00 | .00 |
| STATE FARM | Unsecured | 294.31 | NA | NA | .00 | .00 |
| SUMMIT DENTAL | Unsecured | 342.00 | NA | NA | .00 | .00 |
| SUMMIT PARK APTS | Unsecured | 2,132.98 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | Unsecured | 115.50 | NA | NA | .00 | .00 |
| THE DERMATOLOGY CLINIC | Unsecured | 150.00 | NA | NA | .00 | .00 |
| TMOBILE | Unsecured | 1,338.91 | NA | NA | .00 | .00 |
| TRAVELERS | Unsecured | 193.70 | NA | NA | .00 | .00 |
| TRI COUNTY EYE CLINIC | Unsecured | 224.00 | NA | NA | .00 | .00 |
| U S Department of HUD | Secured | 36,685.91 | 36,685.91 | .00 | .00 | .00 |
| US Department of Education % NELNET | Unsecured | 59,730.00 | 131,756.26 | 131,756.26 | .00 | .00 |
| US DEPT OF TREASURY | Unsecured | 11,291.00 | NA | NA | .00 | .00 |
| US SBA - Denver Finance Office | Unsecured | NA | 8,157.18 | 8,157.18 | .00 | .00 |
| VALERO | Unsecured | 312.38 | NA | NA | .00 | .00 |
| VERIZON | Unsecured | 1,685.25 | NA | NA | .00 | .00 |
| WESTLAKE PORTFOLIO MANAGEMENT | Unsecured | NA | 15,480.10 | 15,480.10 | .00 | .00 |
| XCEL ENERGY | Unsecured | 435.60 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re: CONSTANCE MONIQUE SHELLY  
RANDY DURON SHELLY  
Debtor(s)

Case No.: 25-50455-KMS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| YBOY | Unsecured | 59.18 | NA | NA | .00 | .00 |
| YOUNKERS | Unsecured | 887.81 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 5,875.70 | 5,875.70 | .00 |
| Mortgage Arrearage: | 18,928.61 | 1,618.07 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 350.00 | .00 | .00 |
| **TOTAL SECURED:** | 25,154.31 | 7,493.77 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 3,888.00 | 332.84 | .00 |
| **TOTAL PRIORITY:** | 3,888.00 | 332.84 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 273,121.33 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,440.64 |
| Disbursements to Creditors: | $7,826.61 |
| **TOTAL DISBURSEMENTS:** | $10,267.25 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 02/27/2026           By: /s/WARREN A. CUNTZ, JR.  
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.